# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ARTEM MIKHAYLOVICH LIFSHITS<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:20-mj-256<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2017 to present** in the city/county of **Fairfax County** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSAs Carina A. Cuellar and Jay V. Prabhu
*Printed name and title*

*Complainant's signature*

USSS Special Agent, Heather Turner
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 9/10/2020

City and state: Alexandria, Virginia

*Judge's signature*
Digitally signed by Theresa Carroll Buchanan
Date: 2020.09.10 11:12:31 -04'00'

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

Print | Save As | Spellcheck | Reset Form