# Criminal Case Cover Sheet

**FILED:** REDACTED

U.S. District Court

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City: 
Superseding Indictment: 
**Criminal No.**

County: 
Same Defendant: 
New Defendant: X

Magistrate Judge Case No. 1:20-MJ-256
**Arraignment Date:**

Search Warrant Case No. 
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Artem Mikhaylovich Lifshits    Alias(es):    ☐ Juvenile    FBI No.

**Address:** Saint Petersburg, Russia

Employment: Manager, Internet Research Agency

**Birth Date:** 1992    **SSN:**    **Sex:** Male    Race: White    Nationality: Russian

**Place of Birth:** Russia    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ **Interpreter**    **Language/Dialect:**    Auto Description:

## Location/Status:

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Carina A. Cuellar    **Phone:** 703-299-3800    Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

USSS Special Agent Heather Turner

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 9/8/2020    **AUSA Signature:** *Carina Cuellar*    *may be continued on reverse*